UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES R. MONSON, | ) | |
| | ) | |
| Appellant, | ) | 1:04-cv-5821 OWW SMS |
| v. | ) | |
| M. G. SANTOS, INC., | ) | ORDER DISMISSING ACTION |
| | ) | WITH PREJUDICE |
| Defendant | ) | |

Pursuant to the stipulation of counsel, the above matter is dismissed with prejudice as to all parties; each party to bear their own attorneys' fees and costs.

Dated: June 16, 2005          /s/ OLIVER W. WANGER
                              _____
                              OLIVER W. WANGER
                              United States District Judge

1